Brent D. Meyer (CA SBN 266152)
MEYER LAW GROUP LLP
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:    (415) 762-5277
(brent@meyerllp.com)

MEDIATOR

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 18-51005 |
|---|---|
| FELIX CARLOS PEREZ, | Chapter 13 |
| Debtor. | **FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR** |

  <u>Brent D. Meyer</u>, the Court-appointed Mortgage Modification Mediation Program (the "MMM Program") mediator (the "Mediator") in the above-captioned case, hereby reports as follows:

 <u>X</u> 1. On <u>September 10, 2018</u>, the final MMM Conference was conducted and the parties:

   ___ Reached a trial loan modification agreement.
   ___ Reached a final loan modification agreement.
   <u>X</u> Failed to reach an agreement.
   ___ Other (specify): _____

 The following persons were in attendance at the MMM Conference:

  <u>X</u> Debtor: <u>Felix Perez</u>
  <u>X</u> Debtor's Attorney: <u>March Voisenat</u>
  ___ Co-Debtor / Co-Borrower:
  <u>X</u> Lender's Attorney: <u>Nancy Lee</u>
  <u>X</u> Lender's Representative: <u>John Turski</u>
  ___ Other:

FORM ND-MMM-201 1 VERSION 1.00 (August 1, 2015)

FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR

Case: 18-51005 Doc# 38 Filed: 09/10/18 Entered: 09/10/18 11:35:42 Page 1 of 4

____ 2.	The final MMM Conference was scheduled for _____,

but the conference was not conducted for the following reason(s) (select all that apply):

    ____ The parties settled prior to the conference.
    ____ The above-captioned case was dismissed.
    ____ The Debtor failed to attend.
    ____ The Debtor's attorney failed to attend.
    ____ The Lender's representative failed to attend.
    ____ The Lender's attorney failed to attend.
    ____ Other: _____

_X_ 3.	The Debtor's attorney fully performed all services required by the Mortgage Modification Program Procedures and participated in all MMM Conferences, and the failure of the parties to reach an agreement in this matter was no fault of the Debtor's attorney.

____ 4.	The Mediator further reports: _____

Dated: September 10, 2018

Respectfully submitted,

By: /s/ BRENT D. MEYER
Brent D. Meyer, Mediator

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANJOSE DIVISION

In Re:                                                          Case #18-51005
**Debtor:** Felix Perez                            Chapter 13

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION
*Subject property: 1372 Woodman Court San Jose, CA 95121 (Loan xxxxxx6404)*

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 09-10-2018 and the following parties were present:

1. [ x ] The Debtor: Felix Perez
2. [ x ] The Debtor's Attorney: Marc Voisenat
3. [ x ] The Lender's Representative: John Turski
4. [ x ] The Lender's Attorney: Nancy Lee

**B.** The final MMM conference was scheduled for 09-10-2018 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 09.10.18                  Signature of Mediator: _____ //s// Brent Meyer
                                         Printed Name: Brent Meyer
                                         Address: 268 Bush Street #3639 San Francisco, CA 94104
Copies To:                            Phone: (415) 765-1588
[All Parties to Mediation]        Email: mediator@meyerllp.com